In the Matter of the Claim of WILLIAM FIORELLO, SR., Respondent, v. ANASTASI BROS. CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J.